JS-6

**KINGSLEY & KINGSLEY, APC**
ERIC B. KINGSLEY, Esq., Cal. Bar No. 185123
eric@kingsleykingsley.com
KELSEY M. SZAMET, Esq., Cal. Bar No. 260264
kelsey@kingsleykingsley.com
DAVID KELEDJIAN, Esq., Cal. Bar No. 309135
davidk@kingsleykingsley.com
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 990-8300
Fax: (818) 990-2903

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian II, Esq. SBN-146621
18250 Ventura Blvd.
Tarzana, CA 91356
(818) 609-0807, Fax (818) 609-0892

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARCIA, an individual on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PROPAK LOGISTICS, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 5:19-cv-02034-JGB-SHKx<br><br>The Hon. Jesus G. Bernal<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 23(E)** |

4832-0539-5651.1

1

ORDER GRANTING VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 23(E)

**ORDER OF DISMISSAL**

Pursuant to Plaintiff ROBERT GARCIA's request for Voluntary Dismissal under Federal Rule of Civil Procedure 23(e), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH Prejudice TO Plaintiff's individual claims and WITHOUT PREJUDICE as to the putative class as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: July 16, 2020

Hon. Jesus G. Bernal
United States District Court Judge